374 A.2d 723

Milton v. Baxter Construction Corporation, Appellant, et al.

Argued March 24, 1977. Ralph B. D'Iorio, with him Cramp, D'Iorio, McConchie and Surrick, for appellant; Bruce W. Miller, with him Silver, Miller & Silver, for appellee.

Judgment affirmed.

374 A.2d 724

Mt. Lebanon Federal Savings and Loan Association v. Showalter, et ux. (et al., Appellant).

Argued April 13, 1977. Kellen McClendon, Assistant Attorney General, with him Robert P. Kane, Attorney General, for appellant; Henry E. Rea, Jr., with him Brandt, Milnes, Rea and Malone, for appellee.

Order affirmed.

VAN der VOORT, J., absent.